FILED
SEP 1 1 2013
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR RECEIPT OF CHILD PORNOGRAPHY
AND FORFEITURE

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 13- 131-SDD-SCR |
| versus | |
| JASON LEWIS OWENS | 18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2253(a) |

**THE GRAND JURY CHARGES:**

From on or about October 13, 2012, to on or about November 28, 2012, in the Middle District of Louisiana, **JASON LEWIS OWENS**, defendant herein, knowingly received, using a means and facility of interstate and foreign commerce, namely, a computer, visual depictions of minors engaging in sexually explicit conduct, the producing of which involved the use of minors engaging in such conduct.

The above is a violation of Title 18, United States Code, Section 2252(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of the above-charged offense, **JASON LEWIS OWENS**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions of minors engaged in sexually explicit conduct in violation of Title 18, United States Code, Section 2252; any property constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of the above charged offense; and any and all property used or intended

Le
USM
USPO

to be used in any manner or part to commit or to promote the commission of such offense, including, but not limited to, the following:

(1) Hewlett Packard (HP) desktop computer, model Pavilion m9000, serial number MXX830093Y;

(2) Seagate 750GB internal hard drive, model ST3750528AS, serial number 9VPCJZ6W; and

(3) Hewlett Packard (HP) external hard drive, model HU183AA#ABA, serial number THU930A129.

UNITED STATES OF AMERICA, by

_____
J. WALTER GREEN
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

_____
CAM T. LE
ASSISTANT U.S. ATTORNEY

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
9/11/13
DATE

# Criminal Cover Sheet
U.S. District Court

**Place of Offense:**   **Matter to be sealed:** ☐ No  ☒ Yes

City: <u>Gonzales</u>   **Related Case Information:**

County/Parish: <u>Ascension</u>   Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant _____
Agency:   S.A. Richard Lovell   Magistrate Case Number _____
Homeland Security Investigations   Search Warrant Case No. _____
5353 Essen Lane, Suite 280   R 20/ R 40 from District of _____
Baton Rouge, LA 70809   **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:   **Jason Lewis Owens**
Alias:
Address:
Birthdate:   SS #:   Sex:   Race:   Nationality:

**U.S. Attorney Information:**

AUSA:   **Cam T. Le**   Bar #:  **BBO 663328**

**Interpreter:**  ☒ No ☐ Yes   **List language and/or dialect:**

**Location Status:**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:   <u>  1  </u>   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|
| set 1   <u>18 U.S.C. § 2252(a)(2)</u> | <u>Receipt of Child Pornography</u> | <u>   1   </u> |
| set 2   _____ | _____ | _____ |
| set 3   _____ | _____ | _____ |
| set 4   _____ | _____ | _____ |

(May be continued on second sheet)

Date: <u>9-11-13</u>   **Signature of AUSA:** *Cam Le*

**District Court Case Number (To be filled in by deputy clerk):** _____