

FILED
SEP 1 1 2013
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

*GRAND JURY RETURN*

Date: September 11, 2013

UNITED STATES OF AMERICA

VERSUS

JASON LEWIS OWENS

CRIMINAL

NO. 13-131-SDD-SCR

PRESENT:   Brandon J. Fremin
           Counsel for U.S.A.

Indictment filed into the record and arrest warrant issued.

This matter is filed UNDER SEAL until the defendant is arrested or makes his initial appearance, whichever occurs first, unless otherwise specifically ordered to the contrary.

\* \* \* \* \*

Le
USPO