**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 13-131-SDD-SCR |
| | : | |
| JASON LOUIS OWENS | : | |

## UNITED STATES' REQUESTED *VOIR DIRE* QUESTIONS

The United States respectfully requests that the Court ask the following questions, in addition to those the Court normally asks, during the *voir dire* of the jury in this case.

I.   GENERAL QUESTIONS

*[The United States requests, at the beginning of the process, that the first three questions be asked of each potential juror and individual answers be provided.]*

2. Please state your name and, if you are married, your spouse's name.

3. Please state your employment status, for example, employed full or part-time, disabled, or work in the home, or if retired, please identify your previous employment.

   *** *FOR THOSE WHO ARE EMPLOYED, DISABLED OR RETIRED* ***

   a. Would you please describe what is entailed in this type of work?

   b. Would you please describe how long you have been in this type of work?

4. If you are married, would you please describe what type of work your spouse does; or, if your spouse is retired or disabled, what type of work did your spouse perform?

5. Do any of you supervise others at your job?

   a. If so, please explain.

6. Does anyone's duties at their job include enforcing rules or regulations in the work place?

    a. If so, please explain.

7. Have you ever served in the military?

    a. If yes, what branch?

    b. What was your rank?

    c. Were you ever involved in military law enforcement or the military court system?

8. What are your favorite hobbies, interests, or activities?

9. Are any of you, or a family member, past or present employees of the federal, or state, or local government?

    a. If so, what agency or department?

    b. How long?

    c. What is the job title or position?

    d. What duties are performed in this job?

10. Do any of you, or a family member, have any business relationships with federal, or state, or local government?

    a. If so, what agency or department?

    b. How long?

    c. What type of business relationship?

    d. What duties are performed?

11. Do you know, or have you had, any personal or business dealings with the defendant, Jason Louis Owens?

   a. If so, please explain.

12. Have any of you, or a family member or close friend, had any legal training, taken any law courses, been employed by a law firm, or worked in the legal field?

   a. If so, what type of training or work was it?

   b. When?

   c. Would you have any reservations following the instructions on the law given by the Court, even if those instructions are different from what you believe the law to be?

13. Have any of you, or a family member or close friend, ever worked for:

   a. A criminal defense lawyer?

   b. A private investigator?

   c. A private security firm?

   d. If so, what did you do?

14. Have any of you ever served on a jury in the past?

   a. If so, was it a trial jury or grand jury?

   b. What type of case was involved in the trial?

   c. Was a verdict reached?

   d. What was the verdict?

15. Have any of you served as a foreman of a jury?

   a. Was a verdict reached?

   b. What was the verdict?

16. Have any of you served on a jury that was <u>unable</u> to reach a verdict?

17. If the instructions on the law given by the Court in this case differ from the legal

instructions you received in your prior jury service, would you have any reservations following only my instructions which I will give to you in this case?

    a.    If so, please explain.

18. Have any of you had occasion to hire a lawyer in some matter?

    a.    If so, please explain.

19. Have any of you, or a family member or close friend, ever had an unsatisfactory experience with a lawyer?

    a.    If yes, what was the nature of the situation?

20. Have you ever been a party to a lawsuit, that is, a plaintiff or defendant?

    a.    If yes, please explain the matter in dispute and the result.

    b.    Was there anything about this experience that left you with a negative impression of the legal system?

Have any of you, or a family member or close friend, ever filed for bankruptcy?

    c.    If yes, did this experience adversely affect your feelings towards the United States Government or the Court system?

21. Do you have any negative experience or feelings towards any local, state or federal law enforcement agency?

    a.    If so, please explain.

22. Would any of you tend to give less weight to the testimony of a law enforcement agent or other Government employee because he or she is a law enforcement agent or works for the Government?

23. Do you or any of your close family members belong to a union?

    a.    If so, please identify it.

24. Do you belong to any civic, social, religious, volunteer clubs or organizations?

25. Are you an officer of any organization?

    a. If so, please identify which organization and your position.

26. Have any of you, a close family member, or close friend, been a member of any militia, paramilitary force, or similar type of organization?

27. Do any of you have any bumper stickers on any of your vehicles?

    a. If yes, what do these stickers say?

28. Each juror must follow all of my instructions. No juror has the right to disregard or to question the wisdom or correctness of any rule I may state to you. You must not substitute or follow your own notion or opinion as to what the law is or ought to be. It will be your duty to apply the law as I give it to you, regardless of the consequences. Would any of you have any reservations in rendering a verdict of guilty if your personal views of what the law should be differed from what the law is as I give it to you?

29. This is a criminal case and the United States must prove the guilt of the defendant beyond a reasonable doubt. Do you understand that the United States' has a burden of proof beyond a reasonable doubt and that the United States is not required to prove the defendant's guilt beyond all doubt? Can you accept your responsibility as a juror in this case and apply the reasonable doubt standard as given to you by the Court?

30. Do any of you have any beliefs – religious, ethical or otherwise – that would cause you any reservations in returning a verdict of guilty?

31. Do any of you have any beliefs – religious, ethical or otherwise – that would make

        it difficult for you to sit in judgment of another person?

32. I will ask you to advise the Marshal (who will advise me) if you recognize anyone who comes into the courtroom during these proceedings or if anyone contacts you or someone you know about these proceedings. Will each of you agree to that?

*For the following questions, please raise your hands and we will discuss your answer outside the presence of your fellow jurors. The clerk will note your name at this time and you will be called one at a time to give me your answers.*

33. Have any of you, or family members or close friends, ever been interviewed, arrested, charged with a crime or been the subject of a criminal investigation?

**\*\*\* OUT OF THE PRESENCE OF OTHER JURORS TO AVOID PREJUDICE \*\*\***

    a. If so, please explain.

34. Have you or a family member or a close friend ever been the victim of a crime?

**\*\*\* OUT OF THE PRESENCE OF OTHER JURORS TO AVOID PREJUDICE \*\*\***

    a. If yes, please explain or describe the situation.

35. Have any of you read anything in newspapers or magazines, or heard anything on television or radio, about this case or this defendant?

**\*\*\* OUT OF THE PRESENCE OF OTHER JURORS TO AVOID PREJUDICE \*\*\***

    a. If so, what have you seen or heard?

    b. Have you discussed this with any members of your family or friends?

    c. Have you formed any opinions about this case?

    d. Would having heard or seen what you did cause you, in any way, to lean in favor of either party in this case?

II. **QUESTIONS REGARDING PERSONAL EXPERIENCE WITH CHILD EXPLOITATION CASES**

    1. Do you have any training in psychology, psychiatry or social work?
        a. If so, please describe it.

    2. Do you possess any special knowledge or education regarding child sexual abuse or child pornography offenses?
        a. If so, please describe it.

    3. Have you ever worked for any child protection agency or child advocacy entity?
        a. If so, please describe it.

III. **PROPOSED "POTENTIAL JUROR QUESTIONNAIRE"**

The United States has prepared and separately filed a proposed "Potential Juror Questionnaire" to be submitted to the potential jurors in advance. The questionnaire further addresses the potential jurors' personal experience involving sex or child exploitation-related crimes, opinions regarding child pornography and exploitation, and the nature of the evidence. Due to the sensitive nature of the information addressed in the questionnaire, the United States respectfully requests that the Court submit the proposed "Potential Juror Questionnaire" to the potential jurors in advance.

            UNITED STATES OF AMERICA, by

            J. WALTER GREEN
            ACTING UNITED STATES ATTORNEY


            /s/ Cam T. Le
            Cam T. Le, BBO 663328
            Assistant United States Attorney
            777 Florida Street, Suite 208
            Baton Rouge, Louisiana   70801
            Telephone: (225) 389-0443
            Fax: (225) 389-0561
            E-mail: cam.le@usdoj.gov

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| *versus* | : CRIMINAL NO. 13-131-SDD-SCR |
| JASON LOUIS OWENS | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the United States' *Requested Voir Dire Questions* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the defendant's attorney, Paul H. Scott, by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 4th day of November, 2013.

/s/    Cam T. Le

CAM T. LE
ASSISTANT U.S. ATTORNEY