UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 13-131-SDD-SCR

VERSUS

JASON LOUIS OWENS

### JASON LOUIS OWENS'S REQUESTED VOIR DIRE QUESTIONS

NOW INTO COURT, through undersigned counsel, comes defendant, Jason Louis Owens, who requests that the Court ask the following voire dire questions at the trial of this matter:

**Background Questions:**

(1)   Each of you should state:
    (a)   your name;
    (b)   the area of town in which you live;
    (c)   your marital status (whether married, single, widowed or divorced);
    (d)   your occupation (if retired, your previous occupation);
    (e)   your spouse's (or former spouse's) occupation, (if retired, his/her previous occupation);
    (f)   the ages ad occupations of your children.

(2)   Have you ever served in the United States military?
    If yes:
    (a)   what branch?
    (b)   when?
    (c)   rank?
    (d)   have you ever served on any military proceedings?

(3)   Do you know recognize any other prospective jury panelist in the court room?
    (a)   If yes, what is the basis of the relationship?
    (b)   Would such a relationship or acquaintance influence your judgment in this case?

(4)   Do you know any law-enforcement employees?
    (a)   what is your relationship with him?
    (b)   what agency do they work for?

    (c)  do they discuss their work with you?

(5)  Do you have any medical or physical condition that would make it difficult to serve as a juror? If yes, please explain.

(6)  Do you know or recognize the defendant, the prosecutors, the defense attorney, judge, or any other court personnel involved in this case? If yes, please explain.

(7)  Do you know, or have you heard of any of the potential witnesses? If yes, please state each person and describe your knowledge of them.

**Knowledge of Computers and the Internet**

(1)  Have any of you work in the computer industry? If so, when, where, and in what capacity?

(2)  How many of you use computers frequently?

(3)  Are there any of you who do not use computers?

(4)  How many of you use the Internet or regular basis?

(5)  Are there any of you who have never used the Internet?

(6)  Have any of you ever downloaded music, books, movies on the Internet? If you have done so, how did you do so? What program or programs did you use to do so?

(7)  Have any of you ever shared music, books, or movies on the Internet? If you've done so how did you do so? What program or programs did you used to do so?

(8)  Have any of you heard of a file sharing program called LimeWire? What have you heard about LimeWire?

(9)  Do those of you with children permit your children to surf the Internet? If so, do you monitor their activities or use content "filters" to keep your child from being exposed to inappropriate for objectionable material?

**Law Enforcement**

(1)  Have you ever applied for a job with or worked for a law-enforcement agency, or in the security field? If yes, which agencies?

(2)  Do you have any relatives or friends who have applied with or work in law enforcement? If yes, which agencies?

(3)     Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of a federal agent prosecution witness merely because they are employees of, or testifying on behalf of the government?

**Legal Principles**

(1)     Do you understand that an indictment is only a piece of paper which notifies the defendant that he is being charged with a crime?

(2)     Do you understand that an indictment is not evidence that the crime charged was committed and may not be considered as evidence by you in deliberations?

(3)     Do you understand that the defendant entered a plea of not guilty and is innocent until proven otherwise?

(4)     Do you have any difficulty presuming the defendant innocent now?

(5)     Do you understand that the government is required by law to prove the defendant guilty beyond a doubt?

(6)     If the government fails to meet that burden, you must find the defendant not guilty.  Does anyone feel uncomfortable holding the government to their burden?

(7)     Do you realize that the burden of proof is greater work on location for a civil case?

(8)     Do you understand that the defendant does not have to testify at trial and nothing can be inferred from him not testify?

(9)     In a criminal case, the defendant is not required to explain his or her side of the case since the burden of proof does, in fact, breast with the prosecution.  Is there any possibility that you might hold it against the defendant if he chooses not to testify?

**Prior Experience with the Justice System**

(1)     Have you previously served on a jury, civil or criminal? If yes:
    (a)     when?
    (b)     what type of case?
    (c)     did you reach a verdict?  If so, what was that verdict?

(2)     Have any of you ever served on a federal or state grand jury? If so:
    (a)     when and where?

(3)     Have any of you, any members of your immediate family, or close personal friends ever been a party to or testified in a civil or criminal trial or before grand jury? If so, please explain.

(4)     Have you or any of your close friends or relatives ever been convicted of any crime?
       (a)     Did you think they were adequately represented by an attorney?
       (b)     Did you think they were treated fairly?

Respectfully Submitted:

/s/ Paul H. Scott_____
9270 Siegen Lane, Suite 603
Baton Rouge, Louisiana 70810
Phone: 225-341-2272
Fax:    888-606-0123
Email: paul@pwscottlaw.com
LSBA # 31961

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and its attachments was this day electronically filed with the Clerk of Court using the Court's CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, first class postage prepaid and properly addressed.

Baton Rouge, Louisiana this 04 day of November, 2013

/s/ Paul H. Scott

_____
Paul H. Scott

# POTENTIAL JUROR QUESTIONNAIRE

## U.S. V. JASON LOUIS OWENS

**Juror # _____**

**PERSONAL EXPERIENCES INVOLVING SEX OR CHILD EXPLOITATION RELATED CRIMES**

1. Have you or any of your close friends or family members reported someone to any agency or authority or suspected sexual violence or assault, any kind of child abuse (including sexual abuse) or any child pornography offense?

    (Circle one)    YES ____    NO _____

    If yes, please explain the circumstances:


2. Have you or any of your close friends and family members ever been the victim(s) of sexual violence assault, any kind of child abuse (including sexual abuse), or any child pornography?

    (Circle one)    YES ____    NO _____

    If yes, please answer the following:
    A.   Describe the accusation



    B.   Was there a police or social service investigation? (Y/N) _____
    C.   Was the matter ever resolved?  (Y/N) ____ If yes, please explain.


    D.   Do you believe you or the person was treated fairly? (Y/N) _____
    E.   Was the matter resolved to your satisfaction? (Y/N) _____

3. Have you or any of your close friends or family members ever been accused of sexual violence or so, any kind of child abuse (including sexual abuse), any child pornography offense?

    (Circle one)    YES ____    NO _____

    If yes, please answer the following:
    A.   Describe the accusation:



    B.   Was there a police or social service investigation?  (Y/N) _____
    C.   Was the matter ever resolved?  (Y/N) ___ If yes, please explain.


    D.   Do you believe you or the person was treated fairly? (Y/N) _____
    E.   Was the matter resolved to your satisfaction? (Y/N) ____

6

4. Have you ever known anyone who thought was falsely accused of sexual violence or assault, or any kind of child abuse (including sexual abuse), or any child pornography offense?

(Circle one)    YES _____    NO _____

If yes, please explain the circumstances:


**OPINIONS REGARDING CHILD PORNOGRAPHY/EXPLOITATION**

5. Do you, or a spouse or close friend, regularly view adults material, that is photographs, magazines, videotapes, or computer images and videos, movies, or other similar materials which depicts the adults engaged in sexually explicit activity?

(Circle one)    YES _____    NO _____

6. Do you feel that possession of adult pornography should be illegal?

(Circle one)    YES _____    NO _____

7. Do you believe that individuals who view adult pornography on more likely to view child pornography?

(Circle one)    YES _____    NO _____

8. Do you believe that individuals who view adult pornography or more likely to engage in sexual activity with children?

(Circle one)    YES _____    NO _____

7