UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JULY 23, 2014
DICK, J.

UNITED STATES OF AMERICA

VERSUS

JASON LOUIS OWENS

CRIMINAL ACTION

NO. 13-131-SDD-SCR

This cause came on this day for rearraignment.

PRESENT:   Cam T. Le, Esq.
Counsel for United States

Paul H. Scott, Esq.
Counsel for Defendant

The Defendant is sworn and questioned by the Court.

Factual basis read and filed.

The Defendant enters a plea of guilty to the indictment.

The Court finds the plea to be knowing, voluntary and intelligent and finds a factual basis for the plea.

The Court accepts the guilty plea and refers this matter to the Probation Department for a presentence report.

The Defendant is released with the previously set conditions.

* * * * *

Reporter: Judy Francisco