UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| versus | : CRIMINAL NO. 13-131-SDD-SCR |
| JASON LOUIS OWENS | : |

## FACTUAL BASIS

If this case were to go to trial, the United States would prove the following:

From October 13, 2012 to November 28, 2012, the defendant, at his residence in Gonzales, Louisiana, did knowingly receive, using a means and facility of interstate commerce, two-hundred and sixty-five (265) videos containing visual depictions of minors engaged in sexually explicit conduct, the producing of which involved the use of minors engaging in such conduct. More specifically, these videos depicted male and female minors engaged in various sex acts, including bondage, masturbation, anal sex, vaginal sex, and oral sex. The defendant received these images over the internet via his computer.

On November 28, 2012, law enforcement officers executed a search warrant at the defendant's residence. After being advised of his rights per Miranda, the defendant was interviewed by law enforcement and admitted using the file sharing program eMule to download child pornography from the internet. In addition, the defendant admitted to a prior federal conviction for receipt of child pornography in the Middle District of Louisiana. Pursuant to the search warrant, law enforcement officers seized a Hewlett-Packard desktop computer, 4 external hard drives, a flash drive, a HP laptop, and an Apple iPhone. During the forensic examinations, images of child pornography were recovered from the desktop computer, its internal hard drive, and a Hewlett-Packard external hard drive.