UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
        Plaintiff

VERSUS                                              CRIMINAL NO. 3:13CR00131-001-SDD-SCR

JASON LEWIS OWENS
        Defendant

PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, the Court has determined, based upon the Defendant herein having entered a plea of guilty on July 23, 2014, to knowingly receiving and using a means and facility of interstate and foreign commerce, namely, a computer, visual depictions of minors engaging in sexually explicit conduct, the producing of which involved the use of minors engaging in such conduct, in violation of Title 18, United States Code, Section 2252(a)(2), and agreeing to the forfeiture allegation set forth in the Indictment; and

**WHEREAS**, based upon the factual basis read into the record, the facts of which the defendant has agreed, the United States has established the required nexus between the computer, the internal hard drive and the external hard drive it seeks to forfeit, and the offense to which the Defendant has pled guilty.  Specifically, the United States has established that the Defendant, at his residence in Gonzales, Louisiana, did knowingly receive, using a means and facility of interstate commerce, two-hundred and sixty-five (265) videos containing visual depictions of minors engaged in sexually explicit conduct, the producing of which involved the use of minors engaging in such conduct.  The defendant received these images over the internet via his computer, which was seized by law enforcement officers and determined to contain images of child pornography.

**IT IS HEREBY ORDERED** that any interest Defendant Jason Lewis Owens has in the Hewlett Packard (HP) desktop computer, model Pavilion m9000, serial number MXX830093Y; the Seagate 750GB internal hard drive, model ST3750528AS, serial number 9VPCJZ6W; and the Hewlett Packard (HP) external hard drive, model HU183AA#ABA, serial number THU930A129, is forfeited to the United States.

**IT IS FURTHER HEREBY ORDERED** that upon the issuance of this Preliminary Order of Forfeiture, the United States will send direct notice to any person, other than the defendant, who might have a legal interest in the property, advising such person of his or her right to file a petition contesting the forfeiture in accordance with Title 21, United States Code, Section 853(n) and Rule 32.2(6).   This notice will state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

Baton Rouge, Louisiana this _____ day of September, 2014.

_____
SHELLY D. DICK, JUDGE
UNITED STATES DISTRICT COURT