# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

UNITED STATES OF AMERICA

Vs

Jason Lewis Owens

Docket No.: 13-131-SDD-SCR

It is hereby ordered that the defendant, Jason Lewis Owens, shall have all location monitoring equipment turned in to the supervising U.S. Probation and Pretrial Services Office on March 23, 2015.

*[signed]* Shelly D. Dick

Shelly D. Dick
U.S. District Judge
Middle District of Louisiana

1-29-2015

Date