# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### ORDER TO SURRENDER

**United States of America**

vs.                                          Docket No.: 13-131-SDD-SCR

**Jason Louis Owens**

It is hereby ordered that Jason Louis Owens, the defendant, having been sentenced in the above case to the custody of the Attorney General, is hereby ordered to surrender himself to the Attorney General by reporting to the designated facility of the U.S. Bureau of Prisons before 2:00 p.m. on March 26, 2015.

_Shelly D. Dick_

Shelly D. Dick                                          January 29, 2015
U.S. District Judge

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so may be cited for contempt of court and, if convicted of contempt, may be punished by imprisonment or fine or both.

Attorney for Defendant, PAUL H Scott

Jason Louis Owens

USM-Certified